# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20-cv-00078 |
| v. ) | |
| ) | Judge Jorge L. Alonso |
| MOUNTAIN WAREHOUSE OUTDOOR, INC., ) | Magistrate Judge Jeffrey Cummings |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant MOUNTAIN WAREHOUSE OUTDOOR, INC., by and through their respective undersigned counsel, jointly stipulate to the dismissal without prejudice of the instant action, with leave to reinstate prior to January 4, 2021. If no motion for reinstatement is filed before January 4, 2021, the parties stipulate the dismissal will convert to a dismissal with prejudice with no award for fees and costs to be ordered by the Court for either party.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Julius C. Carter* |
| R. Joseph Kramer | Julius C. Carter |
| KRAMER INJURY LAW LLC | DENTONS US LLP |
| 225 W. Washington Street, Ste. 2200 | 233 South Wacker Drive, Suite 5900 |
| Chicago, IL 60606 | Chicago, IL 60606-6361 |
| Phone: (312) 775-1012 | Phone: (312) 876-8000 |
| joe@rjklawyer.com | julius.carter@dentons.com |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on November 5, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer